AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | |
|---|---|
| PACIRA BIOSCIENCES, INC., <br><br> *Plaintiff(s)* <br> v. <br> VENTIS PHARMA, INC., and INFUSYSTEM HOLDINGS, INC., <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.  1:23-cv-01250-UNA |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Ventis Pharma, Inc.
c/o Incorporating Services Ltd.
838 Walker Road, Suite 21-2
Dover, DE 19904

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brian C. Ralston, Esquire
David A. Seal, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor, Wilmington, DE  19801
(302) 984-6000
bralston@potteranderson.com; dseal@potteranderson.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:  11/2/23                                                                                   /s/ Randall Lohan
                                                                                                  *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-01250-UNA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Ventis Pharma, Inc at 11:41 am__
was received by me on *(date)* __11/02/2023__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Amy Stoffel at 11:41 am__, who is
designated by law to accept service of process on behalf of *(name of organization)* __by acting as registered agent known as Incorporating Serves, Ltd__   on *(date)* __11/02/2023__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __11/02/2023__

*Server's signature*

__Lori Millar/Process Sever__
*Printed name and title*

1111B South Governors Ave
Dover, DE 19904
*Server's address*

Additional information regarding attempted service, etc:
Summons and Complaint for Damages and Injunctive Relief

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | | |
|---|---|---|
| PACIRA BIOSCIENCES, INC., | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:23-cv-01250-UNA |
| VENTIS PHARMA, INC., and INFUSYSTEM HOLDINGS, INC., | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  InfuSystem Holdings, Inc.
c/o Registered Agent Solutions, Inc.
3500 S. DuPont Hwy.
Dover, DE  19901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brian C. Ralston, Esquire
David A. Seal, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor, Wilmington, DE  19801
(302) 984-6000
bralston@potteranderson.com; dseal@potteranderson.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  11/2/23

CLERK OF COURT

/s/ Randall Lohan
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-01250-UNA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Infusystem Holdings, Inc.__
was received by me on *(date)* __11/2/2023__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __John West at 4:04__ , who is
designated by law to accept service of process on behalf of *(name of organization)* __Registered Agent Solutions, Inc.__
located at 838 Walker Road, Suite 21-2, Dover, DE 19904   on *(date)* __11/2/2023__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __11/2/2023__

*Server's signature* (signed: Tina Irizarry)

Tina Irizarry - Process Server
*Printed name and title*

Parcels, Inc. - 1111B South Governors Avenue
Dover, DE 19904
*Server's address*

Additional information regarding attempted service, etc: